# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CAREY BRABSON,**             Case No.   1:11-CV-399

   Plaintiff,

                                     **Judge Timothy S. Black**

-vs-

**STATE OF OHIO, SOUTHERN OHIO CORRECTIONAL FACILITY,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion Summary Judgment (Doc. 16) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: November 9, 2012                              **JOHN P. HEHMAN, CLERK**

                                                                     By: *s/ M. Rogers*
                                                                    Deputy Clerk